UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JONATHAN DAVIS, PHILIP EVANS AND MINDY BALL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>Professional Musicians Local 47; American Federation of Musicians Of The United States And Canada; and Performing Arts Center Of Los Angeles County,<br><br>        Defendants. | Case No. 8:12-cv-00960 BRO (ANx)<br><br>Assigned to: Hon. Beverly Reid O'Connell<br><br>**FINAL JUDGMENT UNDER F.R.CIV.P. 54**<br><br>**AWARD OF COSTS IN FAVOR OF DEFENDANTS** |

[PROPOSED] FINAL JUDGMENT

Defendant Professional Musicians, Local 47 ("Local 47") and Defendant Performing Arts Center of Los Angeles County ("The Music Center") filed Motions for Summary Judgment that were heard on August 14, 2014. The Court took the Motions under submission, and on August 19, 2014, issued an order granting both Motions. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. This action be, and it hereby is, dismissed in its entirety against Defendant Local 47 with prejudice;

2. This action be, and it hereby is, dismissed in its entirety against Defendant The Music Center with prejudice;

3. Judgment is hereby entered in favor of Defendant Local 47 and Defendant The Music Center and against Plaintiffs as to all claims alleged in the First Amended Complaint filed herein; and

4. Defendants, as the prevailing parties, are entitled to their costs under Fed. R. Civ. P. 54(d) and Local Rule 54.

**IT IS SO ORDERED.**

Dated: September 2, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE